**RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
Kristi M. Wells, Esq., #276865
Kristin S. Webb, Esq., #258476
Nancy Ly, Esq., #272035
Rosemary Nguyen, Esq., #265322
Erica T. Loftis, Esq., #259286

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-277-4937/ Fax: 714.277.4899
Email jdamen@rcolegal.com

File No.: RCO 7021.311166
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE HARBORVIEW MORTGAGE TRUST 2005-04

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Melecia Pio DeGrazia aka Melecia A. DeGrazia aka Melecia A. Pio<br><br>Debtor. | Bk. No. 11-34006-HLB<br>**Chapter 13**<br>RS No. JJD-1350<br><br>*NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY*<br><br>**New Hearing:**<br>Date: August 19, 2013<br>Time: 2:00 PM<br>Place: U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104<br>Courtroom: 23<br><br>**Old Hearing:**<br>Date: July 29, 2013<br>Time: 2:00 PM<br>Place: U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104<br>Courtroom: 23 |

NOTICE OF CONTINUED HEARING

1

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT the hearing on the Motion for Relief From the |
| 2 | |
| 3 | Automatic Stay filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE |
| 4 | FOR HOLDERS OF THE HARBORVIEW MORTGAGE TRUST 2005-04, ("Movant") in front |
| 5 | of the Honorable Judge Hannah L. Blumenstiel is continued to August 19, 2013 at 2:00 pm in |
| 6 | Courtroom 23 of the above-entitled Court. |

Date: July 31, 2013

Respectfully submitted,
**RCO LEGAL, P.S.**
Attorneys for Movant

By: Jonathan J Damen, Esq.

NOTICE OF CONTINUED HEARING

# PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served the within **Notice of Continued Hearing on Motion For Relief From Automatic Stay** in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or via electronic service as follows:

**Via Mail**
**Melecia Pio DeGrazia aka**
**Melecia A. DeGrazia aka**
**Melecia A. Pio**
441 Voelker Drive
San Mateo, CA 94403

**Sally J. Elkington**
Elkington Law Office
409 13th St 10th Fl
Oakland, CA 94612

**David Burchard**
393 Vintage Park Drive
Suite 150
Foster City, CA 94404

**U.S. Trustee (SF)**
235 Pine Street
Suite 700
San Francisco, CA 94104

Service was made on 8/2/, 2013 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: *Brittney Jrea*

PROOF OF SERVICE